BARCLAYS BANK, LIMITED, Respondent, *v.* THE BANK OF
UNITED STATES, Appellant.

(Submitted March 10, 1933; decided April 18, 1933.)

*Arthur Ofner, Warren C. Fielding, Walter Bishop* and *Carl J. Austrian* for appellant.

*Gerhard R. Gerhard, T. F. D. Haines* and *Lee J. Perrin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.